UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BETTY CECIL,                                                                                                    Plaintiff,

v.                                                                                  Civil Action No. 3:16-cv-454-DJH

BANK OF AMERICA, N.A., et al.,                                                                      Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Betty Cecil having filed a stipulation of dismissal with prejudice as to claims against the remaining defendant, Trans Union, LLC (Docket No. 30), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice and is **STRICKEN** from the Court's active docket.  All dates and deadlines set in this matter are **VACATED**.